JAMES A. MORRIS et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 1, 1886; decided June 1, 1886.)

*Samuel Hand* for appellant.

*E. Countryman* for respondents.

Agree to affirm; no opinion.
All concur, except FINCH, J., dissenting.
Judgment affirmed.

---

HENRY WEHLE, Appellant, *v.* ALBERT KARUTZ, Respondent.

(Argued March 3, 1886; decided June 1, 1886.)

*Samuel Hand* for appellant.

*A. Simis, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.